I Mr. Hardy or Vincent H. wrote this letter on Feb 2-24-2022 this will be a 5 page letter with a Temporary Restraining order civil action NO.

The statements that I'm going to make in this letter has happen to me since July 2-26-21. My Restraining order is on M. McBride, Warden David Anderson An I will explain. On 8-16-21 I was in cell 204-A2 I was removed An placed in cell 201-A2 on the nite staff around 10:30pm on camera I was left naked till the next day 8-17-21 - 11:30pm in that time point I ask to put something on An they told me no your staying naked 3 officers did rounds alnite An watch me on camera. Also on 8-9-2021, 8-14-21, 8-16-21, 8-29-21, The (Sgt) order staff to throw trays in my cell An slot with no food on it which is inviolation of my 5th Amendment An thats Due process.

Also Dr. D. Haynes, Spangler, An the mental health workers has denied me help An I have a 9x12 with my records I have Bi-Polar Disorder, Anxiety, Bi-Polar schizophrenia I Request a video visit with the VA-DOC mental health lady to be placed on med's An Dr. D. Haynes Refused to help me I was told to deal with your issues An cope watch does not do nothing for me. I also Reported to mental health that I was assault An officers hunter, James, S-Reel try to brake my wrist An the door way of A2-242 cell An my pants An boxers was Down An all she could do is say oh thats a security issue The issue all together gave me physical An mental injury An I was still not given no help or seen the DR. The mental health staff is trash here An they force inmates to deal with the disabilitys with no meds. At RNCC

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
3/8/2022
JULIA C. DUDLEY, CLERK
BY: S. Taylor
DEPUTY CLERK

1 of 5 →

I'M Being held unlawful Kus I have address any time I have address this with M. McBride Lt Richardson Warden Anderson, Records, case worker Hodge U.M. Richardson An the RNCC Lawyer Sabey when you go to your 1 year ICA for your points Level An ask that They send court An Legal a update. But no one out of all the people I Listed even the Warden cant address me or help me at all Request form's, written complaints, dont get nothing Back Warden Anderson comes around An Lie's I have Been in RHU for 8 months An ask to see the Doc Dr. to get meds he never did nothing told him Bout (sgt) FLOYD, James, J-Red, Hunter, An more never did nothing An They assault me as I'm here under his care An FLOYD, James, J-Red, still work here Anderson Lets his staff Beat on inmates Play with inmates food in RHU Not feed them An Lie An say they Refused. The food here An portion here is Trash I was 200 pounds in July I'm 155 now I lost 10 pounds per month here. I'M on common fare now An River North cant An Dont have food to feed ever one all we get is Beans. I Watt 15, 20 Days for my Diet An There's no hot sealed trays that was order for my Diet An They oh its Kus of Covid-19 watch is Bull I'm indangent so I need my trays Ms, DeBoard is a poor cooken staff Worker. And she always in Violation of Due Process everday,

2of6

L. Davis Southern Medical Staff is fresh ever time I tell sick call something is always B.S I have feet issues An cant get medical shoes I have some Nike Airmax athletic An they say I cant have them I have to please of hardware in my feet An Tho flat BBC are hurtn my feet I have Records of xrays An more they say kus I'm in RHU I cant have medical shoe An no treatment unless I go to SP that's Black make L. Davis about Mr. McBride to tell her not to give me a Brace for my wrist for 6 months But was force to let my wrist heal with a Injury when I see here An ask her to speak with her she say I dont have time An they Blame ever thing on COVID-19 I have Chokhmma still havent went to my outside appointment yet not get my teeth work Done An I go home in 8 months or sooner

3045

Warden David Anderson Staff Officers An Worker's are not doing there Job's up to Part I have address This Issue's to him on w/complaints, Grievances, Request form's, An more An Don't nothing gets Done I'm a Mental health Payment on The Streets An In here I need my meds, my medical shoes, The Right food, to feel safe to go to The Shower for The warden to Respect p/ice not to Be Black mailed An harness bully An Pick on Not to Be Denied Books, Law Library, Mental health Treatment, An some one to Address me Being unwanted imprisonment, An address An Remove Staff when there on Camera Breath Lumets trying to Brake The wrist An The Boxer's An pants are Down a Tampering with my out going mail not play with my trays An paperwork

My 1st, 14th, 8th, 5th Amendments has been Violated since I been here I do Not feel Right under Warden Anderson. David, care No More for this issues That I have Listed in This 5 page Letter I mr. Hardy Jr Vincent A. wrote This on Feb 2·24·2022 as I was here under Warden David Anderson care.

1) I was harassed An Blackmale
2) A threaten to assault An Battery / sexual Battery
3) Played with Physicaly An mentaly
4) All The things That has happen has given me Physical An Mental injury
5) Anderson has Let His staff try to cover These things up

Vincent A Hardy Jr
Vincent A Hardy Jr

ID# 1536279

State of Virginia
County of Grayson
On this 28th day of February
before me personally appeared
Vincent Hardy
to me known to be the person who executed the foregoing instrument, and acknowledged that the execution was of his/her free act and deed.
SEAL (signed) E. Steven Hodge
NOTARY PUBLIC

I certify that the above notary is not a party to this action.
Signed: Vincent A Hardy Jr

EARNEST STEVEN HODGE
NOTARY PUBLIC
REG. # 7819453
MY COMMISSION EXPIRES 7/31/2023
COMMONWEALTH OF VIRGINIA

5of5

Vincent A Hardy (1586279)
River North Correctional Center
329 Dellbrook Lane
Independence, VA 24348

THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.

TO: Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

RECEIVED
MAR 02 2022
RNCC Mailroom
Outgoing Legal Mail

24011-220999